ALBERT DAY, PLAINTIFF IN ERROR, v. ALPHONSE BRETT, DEFENDANT IN ERROR.

On error to the Supreme Court.

For the plaintiff in error, *W. C. Spencer.*

For the defendant in error, *B. C. Chetwood.*

PER CURIAM.    The judgment below affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DEPUE, DIXON, KNAPP, MAGIE, PARKER, SCUDDER, VAN SYCKEL, CLEMENT, COLE, GREEN, KIRK, PATERSON, WHITAKER.    15.

*For reversal*—None.